01167-62850

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

KEVIN AND JOHNNIE HOSEA and
ZELLA BALENTINE, d/b/a CARE BEAR
DAYCARE,

    Plaintiffs,

VS.                                                         No. 08-2781-Ma

NAUTILUS INSURANCE COMPANY,

    Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE
---

    This date came the parties in the above‑captioned cause and stated unto the Court that all issues had been resolved by way of compromise, and they jointly requested that the Court enter a judgment of dismissal with prejudice.

    IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the within action brought by the plaintiffs, KEVIN HOSEA, JOHNNIE HOSEA and ZELLA BALLENTINE dba CARE BEAR DAYCARE , be and the same is hereby dismissed with PREJUDICE.

    By consent, all costs of the cause, excluding discretionary costs, are taxed to the Defendant, for which execution may issue. No discretionary costs will be applied for or awarded.

    IT IS SO ORDERED.

```
01167-62850
```
      Dated this the 22nd day of March, 2010.

                                               <u>s/ J. DANIEL BREEN</u>
                                               UNITED STATES DISTRICT JUDGE

**APPROVED FOR ENTRY:**

RAINEY, KIZER, REVIERE & BELL

<u>  s/ Russell E. Reviere            </u>
RUSSELL E. REVIERE (BPR # 7166)
Attorney for Defendant
105 S. Highland Avenue
Jackson, TN  38302
(731) 423-2414


<u>  s/ Lewis Cobb                    </u>
LEWIS COBB (BPR # 26447)
Attorney for Plaintiff
312 East Lafayette Street
P.O. Box 2004
Jackson, TN 38302-2004

<u>  s/T. Verner Smith                </u>
T. VERNER SMITH (BPR # 11686)
Attorney for Plaintiff
P.O. Box 1743
Jackson, TN 38302